**NATIONAL EXCHANGE CLUB, Inc., Appellant, v. Frazier REAMS, Collector of Internal Revenue for Northern District of Ohio, Western Division, and United States of America, Appellees.**

No. 9391.

Circuit Court of Appeals, Sixth Circuit.

Feb. 19, 1945.

Fraser, Shumaker, Kendrick & Winn and Amos L. Conn, all of Toledo, Ohio, for appellant.

Don C. Miller, of Cleveland, Ohio, Marcus L. Friedman, of Toledo, Ohio, and Samuel O. Clark, Jr., of Washington, D. C., for appellees.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on briefs, transcript of record, and argument of counsel for the parties; after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

**L. M. REED, Receiver of Bethlehem National Bank of Bethlehem, Pa., v. Abe MINDLIN, Appellant.**

No. 8636.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 15, 1945.

Decided Feb. 16, 1945.

Russell C. Mauch, of Bethlehem, Pa. (Mauch & Goodman, of Bethlehem, Pa., on the brief), for appellant.

H. P. McFadden, of Bethlehem, Pa., for appellee.

Before PARKER, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons stated in the opinion of Judge Kalodner, 53 F.Supp. 313.